UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:18-cv-21768-GAYLES/OTAZO-REYES

**SARABETH WITBART**,

    Plaintiff,

v.

**MANDARA SPA (HAWAII), LLC**,

    Defendant.

_____/

## FINAL JUDGMENT

**THIS CAUSE** came before the Court for a non-jury trial that commenced on November 18, 2019. Over the course of several days, the Court heard testimony from several witnesses, read several deposition transcripts, reviewed hundreds of documents, and considered argument from counsel. Based on the evidence presented and the applicable law, the Court made specific findings of fact and stated its conclusions of law on the record, pursuant to Federal Rule of Civil Procedure 52(a), on August 6, 2020. [ECF No. 230].

At trial, the Court found that (1) Plaintiff Sarabeth Witbart had a serious, debilitating medical condition that predated her employment with Defendant Mandara Spa (Hawaii), LLC; (2) Plaintiff intentionally misrepresented and concealed her pre-existing medical condition from Defendant before her initial and subsequent employment contracts; (3) the undisclosed medical condition was material to Defendant's decision to hire Plaintiff; and (4) there was a causal connection between the withheld medical condition and the medical condition Plaintiff complained of in her lawsuit. Accordingly, Defendant has prevailed on its affirmative defense, pursuant to

*McCorpen v. Central Gulf S.S. Corp.*, 396 F.2d 547 (5th Cir. 1968), and Plaintiff is not entitled to maintenance and cure.

Therefore, it is **ORDERED AND ADJUDGED** as follows:

(1) Pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters final judgment in favor of Defendant Mandara Spa (Hawaii), LLC;

(2) Plaintiff Sarabeth Witbart shall take nothing on this claim;

(3) The Court reserves jurisdiction to determine entitlement to attorneys' fees and costs;

(4) All pending motions are **DENIED as moot**; and

(5) The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of August, 2020.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE