UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:18-cv-21768-GAYLES/OTAZO-REYES

SARABETH WITBAR,

    Plaintiff,

v.

MANDARA SPA (HAWAII), LLC,

    Defendant.
_____/

**ORDER**

**THIS CAUSE** comes before the Court on Magistrate Judge Alicia M. Otazo-Reyes's Report and Recommendation (the "Report") [ECF No. 276] regarding Defendant Mandara Spa (Hawaii), LLC's Motion for Entry of Cost Judgment (the "Motion") [ECF No. 272]. On August 14, 2020, the Court entered a Final Judgment in favor of Defendant and against Plaintiff Sarabeth Witbar. [ECF No. 231]. On August 26, 2020, Defendant filed its Motion to Tax Costs. [ECF No. 232]. On September 11, 2020, Plaintiff appealed the Final Judgment. [ECF No. 237]. On March 18, 2021, the Court granted in part Defendant's Motion to Tax Costs, finding that Defendant was entitled to costs as the prevailing party. [ECF No. 266]. However, the Court deferred ruling on the amount of costs until the appeal was resolved. *Id.* On October 27, 2021, the United States Court of Appeals for the Eleventh Circuit affirmed this Court's Final Judgment. [ECF No. 268]. On November 24, 2021, Defendant filed its Motion seeking a cost judgment in the amount of $103,855.24. [ECF No. 272]. On December 2, 2021, the Court referred the Motion to Judge Otazo-Reyes, pursuant to 28 U.S.C. § 636(b)(1)(B), for a report and recommendation. [ECF No. 274].

1

On April 12, 2022, Judge Otazo-Reyes issued her Report recommending that the Motion be granted in part and denied in part and that Defendant be awarded $12,679.20 in taxable costs as the prevailing party in this action. No objections were timely filed.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objections are made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Having reviewed the Report for clear error, the Court agrees with Judge Otazo-Reyes's well-reasoned analysis and conclusion that the Motion be granted in part and denied in part and that Defendant be awarded $12,679.20 in taxable costs as the prevailing party in this action.

Accordingly, it is **ORDERED AND AJUDGED** as follows:

1. Magistrate Judge Alicia M. Otazo-Reyes's Report and Recommendation, [ECF No. 276], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

2. Defendant Mandara Spa (Hawaii), LLC's Motion for Entry of Cost Judgment, [ECF No. 272], is **GRANTED in part** and **DENIED in part**. Defendant shall be awarded $12,679.20 in taxable costs as the prevailing party in this action, for which sum let execution issue. That amount consists of:

    a. Fees for process server in the amount of **$1,495.00**.

      b.      Fees for printed or electronically record transcripts in the amount of **$10,704.20**.

      c.      Fees for witnesses in the amount of **$480.00**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of April, 2022.

_[signature]_

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE